## WALKER et al. v. LAND et al.

(Court of Civil Appeals of Texas.   Texarkana.
April 17, 1913.)

APPEAL AND ERROR (§ 773*)—FAILURE TO FILE BRIEF—AFFIRMANCE.

Where appellants fail to file briefs, and appellees filed briefs and asked for an affirmance, it would be granted, nothing appearing in the record why a contrary course should be pursued.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3108–3110; Dec. Dig. § 773.*]

Appeal from District Court, Smith County; R. W. Simpson, Judge.

Action by E. L. Walker and another against Joe Land and others. Judgment for defendants, and plaintiffs appeal. Affirmed.

Lacy & Bramlette, of Longview, for appellants. McCord & Campbell, of Longview, for appellees.

WILLSON, C. J. By virtue of an execution issued on a judgment against appellant E. L. Walker in favor of the Jacksonville State Bank, one of the appellees, Joe Land, the other appellee, as sheriff, levied on a tract of land in Smith county as the property of said E. L. Walker. Mrs. E. D. Walker, the other appellant, wife of said E. L. Walker, claimed that the land was a part of her separate estate, and, joined by her husband, brought suit to enjoin a sale thereof under the execution. The court found that the land belonged to the community estate between E. L. Walker and his wife, and was subject to sale for the purpose of satisfying the judgment. After perfecting an appeal from a judgment rendered in accordance with the finding, appellants are in the attitude of having abandoned it by their failure to file briefs in this court. Appellees have filed briefs and ask for an affirmance of the judgment. No reason appearing from

anything we find in the record why a contrary course should be pursued, the request is granted, and the judgment is affirmed.